# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

No. 1D2022-2079

————————————————

TOBIAS DAVILA,

   Appellant,

v.

LABOR FINDERS and ESIS,

   Appellees.

————————————————

On appeal from the Office of the Judges of Compensation Claims.
Frank J. Clark, Judge.

Date of Accident:  March 27, 2012.

June 19, 2024

PER CURIAM.

   AFFIRMED.

ROBERTS, WINOKUR, and LONG, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Clark W. Berry, Clark W. Berry, P.A., Fort Myers, for Appellant.

Kathryn L. Ender, Lewis Brisbois Bisgaard & Smith LLP, Coral Gables, for Appellees.